# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DIVISION OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) CASE #:   2:21-cr-201-ACA-SGC |
| | ) |
| **CHRISTOPHER MONTALBANO,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## MOTION FOR RELEASE ON BOND

**COMES NOW** the undersigned counsel and hereby requests that this Honorable Court grant this Motion and allow the Defendant, Christopher Montalbano, to be released on bond for the following reasons:

1. Defendant, Christopher Montalbano, was indicted on June 30, 2021, and charged with Conspiracy to Commit Bank Fraud in violation of 18 U.S.C. §1349; Eight (8) Counts of False Statements to Obtain a Bank Loan in violation of 18 U.S.C. §1014; Two (2) Counts of Aggravated Identity Theft in violation of 18 U.S.C. §1028A; and, Money Laundering in violation of 18 U.S.C. §1957.

2. On July 12, 2021, the Defendant was released from custody on a secured fifty-thousand-dollar ($50,000.00) bond.

3. On September 3, 2021, the United States filed a Motion to Revoke the Defendant's bond for intimidating a victim/witness in the case. The motion alleged that the Defendant assaulted Taylor Green, a "witness and subject" of the Aggravated Identity Theft counts alleged in the Indictment. Of note, Montalbano and Green have been lifelong friends and were roommates at most all relevant times of this matter. Montalbano had permission to be in contact with Taylor Green, as long as the two did not discuss the criminal case.

4. On September 10, 2021, the Defendant's bond was revoked following a Bond Revocation Hearing. Montalbano was taken into custody by the U.S. Marshals and transferred to the Hoover City Jail. He was subsequently transferred to the Shelby County Jail where he is currently incarcerated.

5. There was no evidence presented at the revocation hearing that Montalbano assaulted Green with the purpose of obstructing justice or for purposes of intimidating a witness. On the contrary, it appears from the context that the altercation was of a personal nature – unrelated to the criminal charges at bar.

6. On November 12, 2021, the Defendant executed a Plea Agreement, wherein he agreed to plea guilty to Count One, Count Twenty-Three, and Count Twenty-Six of the Indictment. The two (2) Aggravated Identity

Theft counts are due to be dismissed. Montalbano is currently scheduled for a Consent Docket on November 30, 2021, before Honorable Judge Axon.

7. Montalbano, who has no prior criminal history, whatsoever, has been experiencing numerous health issues prior to and while incarcerated, and respectfully request this Honorable Court allow him to be released on his previous bond conditions in order to seek medical attention and psychiatric counseling. At the time of his incarceration, Montalbano was scheduled to see a neurologist at the Mayo Clinic for continuing neurological issues that have caused him great pain and even loss of consciousness while incarcerated.

8. Further, Montalbano is aware that he is facing a custodial sentence and has numerous business and personal matters to tend to prior to his sentencing in this matter.

9. Prior to his bond being revoked, the undersigned discussed with the U.S.A.O. removing the third-party custodian condition and allowing Montalbano to live with his elderly parents.

10. The Defendant is aware of the severity of his actions and, with the six-plus week "dunk" in the Hoover City and Shelby County jails, assures this

Honorable Court that he will abide by all bond conditions, in full, upon his release from custody.

11. The Defendant is agreeable to and would propose home detention or electronic monitoring upon release, along with any and all other conditions of bond, including no contact with Taylor Green.

12. There will be no hardship on the Government if this motion is granted.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant respectfully requests that this Honorable Court enter an Order releasing the Defendant from custody on bond, as well as for any other relief to which the Defendant is entitled.

          **Respectfully Submitted,**

s/Brett M. Bloomston
**BRETT M. BLOOMSTON (BLO009)**
THE BLOOMSTON FIRM
1914 4th Ave N.
Ste. 100
Birmingham, Alabama 35203
(205) 212-9700
brett@thebloomstonfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via electronic transmittal on this the 16th day of November, 2021.

**s/ Brett M. Bloomston**
**OF COUNSEL**